No. 95–851. UNIVERSITY OF HOUSTON ET AL. *v.* CHAVEZ. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Seminole Tribe of Fla.* v. *Florida, ante,* p. 44.

No. 95–7750. ADAMS *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States,* 516 U. S. 137 (1995).

No. 95–7831. OLDS *v.* UNITED STATES. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States,* 516 U. S. 137 (1995).

No. 95–8128. CARTER *v.* UNITED STATES. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States,* 516 U. S. 137 (1995).

No. A–733 (95–8566). YOUNGS *v.* WHELESS, BANKRUPTCY JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, ET AL. C. A. 5th Cir. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–820. JAMES *v.* COLLINS. Application for preliminary injunction, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–1587. IN RE DISBARMENT OF GENINS. Disbarment entered. [For earlier order herein, see 515 U. S. 1185.]

No. D–1655. IN RE DISBARMENT OF TANNER. Disbarment entered. [For earlier order herein, see 516 U. S. 1144.]

No. D–1656. IN RE DISBARMENT OF MARKOVITCH. Disbarment entered. [For earlier order herein, see 516 U. S. 1144.]

No. D–1657. IN RE DISBARMENT OF DAMERON. Disbarment entered. [For earlier order herein, see 516 U. S. 1169.]